FILED

UNITED STATES DISTRICT COURT 2017 AUG -2 PM 2:52
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:17-cr-177-O/1-41TBS
                                            18 U.S.C. § 922(a)(1)(A)
EDWARD GREGORIO HUERTAS-RIVERA              18 U.S.C. § 1715
a/k/a "Eddie Meison Huertas"

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning in or about September 2012, and continuing through on or about September 5, 2014, in the Middle District of Florida, and elsewhere, the defendant,

EDWARD GREGORIO HUERTAS-RIVERA,
a/k/a "Eddie Meison Huertas,"

while being aided and abetted by others, and not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) and 18 U.S.C. § 2.

## COUNT TWO

On or about June 26, 2013, in the Middle District of Florida, and elsewhere, the defendant,

EDWARD GREGORIO HUERTAS-RIVERA,
a/k/a "Eddie Meison Huertas,"

did knowingly deposit with the United States Postal Service for mailing and delivery a firearm declared nonmailable by 18 U.S.C. § 1715, that is, a Glock, model 23 .40 caliber pistol and a Glock, model 27 .40 caliber pistol.

In violation of 18 U.S.C. § 1715.

## FORFEITURE

1.  The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. §§ 922(a)(1)(A) and 1715, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violations.

3.  The property to be forfeited includes, but is not limited to, the following: (a) one Good Time Outdoors, Inc., model Core 15 .223 caliber/5.56mm rifle, serial number GTOC031735; (b) one Glock, model 22 Gen 4 .40 caliber pistol, serial number PMZ942; (c) one Glock, model 23 .40

caliber pistol, serial number STY962; (d) one Glock, model 27 .40 caliber pistol, serial number BXG211; (e) one IMEZ, model SAIGA-12 .12 gauge semiautomatic shotgun, serial number 11409377; (f) one Glock, model 22 .40 caliber pistol, serial number UCE124; (g) one Glock, model 19 nine millimeter caliber pistol, serial number VFN297; (h) one Glock, model 32 .357 caliber pistol, serial number KUK538; and (i) a Glock, model 27 .40 caliber pistol, serial number TGD124.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*Catherine Nasson*
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: *Andrew C. Searle*
Andrew C. Searle
Assistant United States Attorney

By: *Katherine Ho*
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

EDWARD GREGORIO HUERTAS-RIVERA
a/k/a "Eddie Meison Huertas"

## INDICTMENT

Violations:

18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 1715

A true bill,

*Catherine Warren*
Foreperson

Filed in open court this 2nd day of August, 2017.

_____
Clerk

Bail $ _____

GPO 863 525